IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>ROBERTO AMPARO-ORTEGA<br>Defendant | CRIMINAL 06-0412CCC |

# O R D E R

Having considered the Report and Recommendation filed on April 19, 2007 **(docket entry 24)** on a Rule 11 proceeding of defendant held before Magistrate Judge Camille Velez-Rive on April 18, 2007, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that her plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 18, 2007. The **sentencing hearing is set for July 18, 2007 at 4:15 p.m.**

SO ORDERED.

At San Juan, Puerto Rico, on April 24, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge